62,398-01

DATE: 01-28-15
FILE IN WRIT FILE
BY: LAR

CM CASE
Cause NO. 998664

THE STATE OF TEXAS                    IN THE DISTRICT COURT

VS.                                   187 JUDICIAL DISTRICT

MARCUS COOPER                         BEXAR COUNTY, TEXAS

1st Attempt filed

MOTION FOR SPEEDY TRIAL

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 26 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

Come now MARCUS COOPER, Defendant in the above styled and numbered cause and files this Motion for Speedy Trial and in support of said motion would show the Court the following:

I.

On the 23rd day of April, 2014, Defendant was charged with the felony offense of Agg sexual Assault, a violation of 22.021 the Texas Penal/Health & Safety Code, which was alleged to have been committed on the 30th day of March, 2013. [Police report made March 30, 2013]

II.

Defendant was arrested on the 23rd day of April, 2014, and confined in the Bexar County Adult Detention Center, San Antonio, Texas to await trial on said charge.

III.

Defendant was denied reasonable bond and has remained confined to jail since his arrest. Defendant has been confined for 61 days awaiting trial, and at all times during his confinement has been ready for trial.

C.C. FILE

IV.

[note: Trial was schedule for August 22, 2014, an it was continued without my permission]

Defendant is being prejudiced by State's delay because defense witnesses are becoming unavailable and such witnesses as remain will have forgotten facts that would be beneficial to defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant prays he be granted a speedy trial of said charge, or, that said indictment be dismissed and Defendant be released from confinement.

Respectfully submitted,

*Marcus Cooper*

_____                    _____
Attorney for Defendant                         Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 23/d day of JUNE ___, 2014, a true and correct copy of the above and foregoing Motion for Speedy Trial was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

*Marcus Cooper*

Defendant

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Speedy Trial and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this ____, day of _____, _____.

_____
Judge Presiding

Cause NO. 2014-CR5570

THE STATE OF TEXAS

VS.

MARCUS COOPER

and Attempt Refiled

IN THE DISTRICT COURT

187 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

MOTION FOR SPEEDY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now MARCUS COOPER, Defendant in the above styled
and numbered cause and files this Motion for Speedy Trial and in support of said
motion would show the Court the following:

I.

On the 3rd day of July, 2014, Defendant was
charged with the felony offense of 22.021, Abr-Sexual Assault, a violation of
the Texas Penal/Health & Safety Code, which was alleged to have been
committed on the 30th day of March, 2014.
[Police report was made March 30, 2013]

II.

Defendant was arrested on the 23rd day of April,
2014, and confined in the Bexar County Adult Detention Center, San
Antonio, Texas to await trial on said charge.

III.

Defendant was denied reasonable bond and has remained confined to jail since
his arrest. Defendant has been confined for 89 days awaiting trial, and at all
times during his confinement has been ready for trial.

C.C,
File

IV.

[note: Trial was scheduled for August 22, 2014,]
[ an was Delayed without my consent.]

Defendant is being prejudiced by State's delay because defense witnesses are becoming unavailable and such witnesses as remain will have forgotten facts that would be beneficial to defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant prays he be granted a speedy trial of said charge, or, that said indictment be dismissed and Defendant be released from confinement.

Respectfully submitted,

_____
Attorney for Defendant

_Marcus Cooper_
Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 21st day of July, 2014, a true and correct copy of the above and foregoing Motion for Speedy Trial was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Marcus Cooper_
Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Speedy Trial and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this _____, day of _____, _____.

_____
Judge Presiding

Cause NO. 2014-CR5570

THE STATE OF TEXAS                    IN THE DISTRICT COURT

VS.                                   181 JUDICIAL DISTRICT

MARCUS COOPER                         BEXAR COUNTY, TEXAS

3rd Attempt Refiled

MOTION FOR SPEEDY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now MARCUS COOPER, Defendant in the above styled
and numbered cause and files this Motion for Speedy Trial and in support of said
motion would show the Court the following:

I.

On the 3rd day of July, 2014, Defendant was
charged with the felony offense of 22.021, Agg Sexual Assault, a violation of
the Texas Penal/Health & Safety Code, which was alleged to have been
committed on the 30th day of March, 2014.
[Police report was Made March 30, 2013]

II.

Defendant was arrested on the 23rd day of April,
2014, and confined in the Bexar County Adult Detention Center, San
Antonio, Texas to await trial on said charge.

III.

Defendant was denied reasonable bond and has remained confined to jail since
his arrest. Defendant has been confined for 229 days awaiting trial, and at all
times during his confinement has been ready for trial.

IV.

note: CASE was Dismissed On refile with new
  cause # upon 3rd Attempt speedy Trial December 8, 2014
Next [SPEEDY Trial New cause filed December 22, 2014
  see Next 4th Attempt

Defendant is being prejudiced by State's delay because defense witnesses are becoming unavailable and such witnesses as remain will have forgotten facts that would be beneficial to defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant prays he be granted a speedy trial of said charge, or, that said indictment be dismissed and Defendant be released from confinement.

Respectfully submitted,

_Marcos Cooper_

_____
Attorney for Defendant

Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 8th day of December, 2014, a true and correct copy of the above and foregoing Motion for Speedy Trial was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Marcos Cooper_

Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Speedy Trial and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this _____, day of _____, _____.

_____
Judge Presiding